Exhibit A

4months

# U.S. District Court
## Northern District of Georgia (Atlanta)
## CIVIL DOCKET FOR CASE #: 1:22–cv–02395–LMM

Chart Industries Inc. v. Starr Indemnity & Liability Company      Date Filed: 06/14/2022
Assigned to: Judge Leigh Martin May      Jury Demand: Plaintiff
Cause: 28:2201 Declaratory Judgment (Insurance)      Nature of Suit: 110 Insurance
Jurisdiction: Diversity

| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2022 | 1 | COMPLAINT with Jury Demand (Filing fee $402, receipt number AGANDC–11866542) filed by Chart Industries Inc. (Attachments: # 1 Exhibit A – Starr Policy, # 2 Exhibit B – Allianz Policy, # 3 Civil Cover Sheet)(kxm) Please visit our website at http://www.gand.uscourts.gov/commonly–used–forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 06/16/2022) |
| 06/14/2022 | 2 | Electronic Summons Issued as to Starr Indemnity & Liability Company. (kxm) (Entered: 06/16/2022) |
| 06/16/2022 | 3 | STANDING ORDER REGARDING CIVIL LITIGATION Signed by Judge Leigh Martin May on 6/16/2022. (bnp) (Entered: 06/16/2022) |
| 06/17/2022 | 4 | Return of Service Executed by Chart Industries Inc.. Starr Indemnity & Liability Company served on 6/16/2022, answer due 7/7/2022. (Bersinger, David) (Entered: 06/17/2022) |
| 06/28/2022 | 5 | APPLICATION for Admission of Christopher Carroll Pro Hac Vice (Application fee $ 150, receipt number AGANDC–11894386).by Starr Indemnity & Liability Company. (Kramer, Jonathan) Documents for this entry are not available for viewing outside the courthouse. (Entered: 06/28/2022) |
| 06/28/2022 | 6 | APPLICATION for Admission of Tara E. McCormack Pro Hac Vice (Application fee $ 150, receipt number AGANDC–11894434).by Starr Indemnity & Liability Company. (Kramer, Jonathan) Documents for this entry are not available for viewing outside the courthouse. (Entered: 06/28/2022) |
| 07/05/2022 | | APPROVAL by Clerks Office re: 5 APPLICATION for Admission of Christopher Carroll Pro Hac Vice (Application fee $ 150, receipt number AGANDC–11894386).. Attorney Christopher Robert Carroll added appearing on behalf of Starr Indemnity & Liability Company (gas) (Entered: 07/05/2022) |
| 07/05/2022 | | APPROVAL by Clerks Office re: 6 APPLICATION for Admission of Tara E. McCormack Pro Hac Vice (Application fee $ 150, receipt number AGANDC–11894434).. Attorney Tara Eileen McCormack added appearing on behalf of Starr Indemnity & Liability Company (gas) (Entered: 07/05/2022) |
| 07/06/2022 | 7 | Joint MOTION for Extension of Time to File Answer by Starr Indemnity & Liability Company. (Attachments: # 1 Text of Proposed Order)(Kramer, Jonathan) (Entered: 07/06/2022) |
| 07/07/2022 | | ORAL ORDER granting 5 Application for Admission of Christopher Carroll Pro Hac Vice. Ruled on by Judge Leigh Martin May on 7/7/2022. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(bnp) (Entered: 07/07/2022) |
| 07/07/2022 | | ORAL ORDER granting 6 Application for Admission of Tara E. McCormack Pro Hac Vice. Ruled on by Judge Leigh Martin May on 7/7/2022. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(bnp) (Entered: 07/07/2022) |

| 07/07/2022 | 8 | ORDER granting 7 Motion for Extension of Time to File Answer. Starr Indemnity & Liability Company Answer due 7/28/2022. Signed by Judge Leigh Martin May on 7/7/2022. (kxm) (Entered: 07/07/2022) |
|---|---|---|
| 07/28/2022 | 9 | MOTION to Dismiss with Brief In Support by Starr Indemnity & Liability Company. (Attachments: # 1 Brief, # 2 DECLARATION OF TARA E. McCORMACK, # 3 Text of Proposed Order)(Kramer, Jonathan) (Entered: 07/28/2022) |
| 08/08/2022 | 10 | Certificate of Interested Persons and Corporate Disclosure Statement by Starr Indemnity & Liability Company identifying Corporate Parent Starr Global Financial, inc., Corporate Parent Starr Insurance Holdings, Inc., Corporate Parent Starr Global Holdings AG, Corporate Parent Starr International Company, Inc. for Starr Indemnity & Liability Company. (Kramer, Jonathan) (Entered: 08/08/2022) |
| 08/11/2022 | 11 | RESPONSE in Opposition re 9 MOTION to Dismiss filed by Chart Industries Inc.. (Attachments: # 1 Exhibit A Declaration of Laura Ashby Declaration, # 2 Exhibit B Navigators Policy, # 3 Exhibit C Allianz Policy, # 4 Exhibit D 2020–08–03 Order, # 5 Exhibit E 2–18–2022 Tender Letter, # 6 Exhibit F Notice Regarding Pls' Motion to Relate, # 7 Exhibit G Doc 20 Chart Motion to Dismiss, Stay or Transfer (NDCA), # 8 Exhibit H Starr Complaint CA Action, # 9 Exhibit I June 10, 2022 Email between Counsel)(Bersinger, David) (Entered: 08/11/2022) |