1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> CHART INDUSTRIES, INC., <br><br> Defendant. | **Case No. 4:22-cv-03484-HSG** <br><br> **[PROPOSED] ORDER DENYING CHART INDUSTRIES, INC.'S MOTION TO DISMISS, STAY, OR, ALTERNATIVELY, TRANSFER THIS ACTION TO THE NORTHERN DISTRICT TO GEORGIA** |

On August 3, 2022, Chart Industries, Inc. ("Chart") filed a Motion to Dismiss, Stay, Or, Alternatively, Transfer this Action To The Northern District of Georgia.  The Court, having considered the supporting and opposing papers, other related documents filed with the Court in connection with the motion, and the papers and records on file in this action, Chart's motion is DENIED in its entirety.

**IT IS SO ORDERED.**

Dated:_____

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE