FORREST BOOTH (SBN 74166)
Forrest.Booth@kennedyslaw.com
TRAVIS WALL (SBN 191662)
Travis.Wall@kennedyslaw.com
SHAIN WASSER (SBN 293706)
Shain.Wasser@kennedyslaw.com
KENNEDYS CMK LLP
101 California Street, Suite 1225
San Francisco, CA 94111
Tel.:     (415) 323-4461
Fax:     (415) 323-4445

CHRISTOPHER CARROLL (*pro hac vice*)
Christopher.Carroll@kennedyslaw.com
TARA E. MCCORMACK (*pro hac vice*)
Tara.McCormack@kennedyslaw.com
KENNEDYS CMK LLP
120 Mountain View Boulevard
P.O. Box 650
Basking Ridge, NJ 07920
Tel.:     (908) 848-6300
Fax:     (908) 647-8390

Attorneys for Plaintiff
STARR INDEMNITY & LIABILITY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CHART INDUSTRIES, INC.,<br><br>Defendant. | **Case No. 4:22-cv-03484-HSG**<br><br>**STARR INDEMNITY & LIABILITY COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, Starr Indemnity & Liability Company ("Starr"), through its undersigned counsel, hereby certifies that as of this date, other than the named parties, there is no such interest to report.  Starr reserves the right to supplement this certification as permitted by L.R. 3-15.

| | |
|---|---|
| DATED: September 7, 2022 | KENNEDYS CMK LLP<br><br>By: *[signature: Shain Wasser]*<br>Forrest Booth<br>Shain Wasser<br>Travis Wall<br>Christopher Carroll (*pro hac vice*)<br>Tara E. McCormack (*pro hac vice*)<br>Attorneys for STARR INDEMNITY & LIABILITY COMPANY |